FILED

2009 FEB 17 PM 12: 32

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil No.  New Case |
| v. | ) 6-09-CV-302-ORL-18GJK |
| KOSMAS GROUP INTERNATIONAL, INC., | ) |
| Defendant. | ) |

# COMPLAINT

The United States of America, by and through its undersigned counsel, A. Lee Bentley, III, First Assistant United States Attorney for the Middle District of Florida, complains and alleges as follows:

1. This civil action is brought by the United States pursuant to 26 U.S.C. § 6332(d) to obtain a judgment against Kosmas Group International, Inc. for failure and refusal to honor an Internal Revenue Service ("IRS") levy against the property or rights to property of the taxpayer, Robert P. Kosmas.

2. This civil action is commenced pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States, with the authorization and at the request of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

-1-

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340, 1345 and 26 U.S.C. § 7402.

4. The defendant, Kosmas Group International, Inc. ("Kosmas Group"), maintains its place of business at 920 Third Ave., New Smyrna Beach, Florida, 32169 in Volusia County within the jurisdiction of this Court.

5. Venue in the Middle District of Florida is appropriate pursuant to 28 U.S.C. § 1391(b).

6. The taxpayer, Robert P. Kosmas, is indebted to the United States for assessed federal income tax liabilities for the tax years 1996, 1997, 1998, 2004, 2006, and 2007 in the total amount of $1,179,281.10 as of February 13, 2009, plus interest and statutory additions accruing thereafter according to law.

7. Notice of the assessments and demands for payment were duly made on the taxpayer, Robert P. Kosmas. Despite notice and demand for payment, the taxpayer has failed to pay the full amounts owed.

8. In connection with its collection efforts, the IRS identified Defendant Kosmas Group as a potential source to collect Robert P. Kosmas' unpaid taxes. Robert P. Kosmas is listed in the Florida Department of State's records as an officer and director of this corporation, and according to a 2002 Schedule K-1, R. Paul Kosmas is a 19.61 percent shareholder in Kosmas Group.

9. On or about November 24, 2004, the IRS issued a Form 668-W Notice of Levy to Kosmas Group with respect to the tax liabilities described above for all wages, salary, and other income payable to Robert P. Kosmas.

10. Andrea Goodwin responded to the levy on behalf of Kosmas Group on or about January 11, 2005, advising the IRS that Robert P. Kosmas had not been employed by Kosmas Group since December 31, 2001. Based on that representation, the IRS released the levy on March 29, 2005.

11. After further investigation, and as a result of a Summons issued to Steven P. Kosmas as President of Kosmas Group on December 7, 2006, the IRS discovered that Defendant, Kosmas Group, owed the taxpayer, Robert P. Kosmas, over $400,000 in principal and interest as of December 31, 2006, on account of a series of loans made by the taxpayer between 1995 and 1999.

12. On or about January 25, 2007, the IRS issued a Form 668-A Notice of Levy (the "Levy") upon Kosmas Group with respect to the federal income tax liabilities of the taxpayer described above in paragraph 6. The IRS advised Kosmas Group that the Levy sought all funds owed to Robert P. Kosmas on account of the loans referenced above and that failure to honor the Levy could result an imposition of a 50% penalty under 26 U.S.C. § 6332(d)(2).

13. The Levy was returned on or about February 1, 2007 by Andrea Goodwin on behalf of Kosmas Group with a notation "no funds" and an explanation that "[w]e currently hold no amounts payable to Robert Paul Kosmas."

14. On or about February 13, 2007, the IRS served a Final Demand for Payment in the amount of $971,008.06 upon Kosmas Group for compliance with the Levy described in paragraphs 12-13 above.

15. On or about February 14, 2007, counsel for Kosmas Group responded to the February 13 final demand by letter and contended that Kosmas Group did not owe any amounts

payable to the taxpayer that may be paid over to the IRS pursuant to the Levy. Kosmas Group did not make the payment demanded and has made no payments pursuant to the Levy.

16. At the time that the Levy was served and from time to time thereafter, Kosmas Group was in possession of funds payable to Robert P. Kosmas.

17. To date, Kosmas Group has failed to comply with the Levy, and as a result of its failure and refusal to pay in response to the Levy, Kosmas Group is liable in its own right to pay to the United States a sum equal to the value of the property or rights to property subject to levy, together with interest and costs from the date of the Levy as provided by 26 U.S.C. § 6332(d)(1).

18. Because Kosmas Group lacked reasonable cause for its failure to surrender to the United States the sum equal to the value of the property or rights to property subject to levy, Kosmas Group also is liable in its own right to pay to the United States a penalty in the sum of half of the amount recoverable under 26 U.S.C. § 6332(d)(1), as provided under 26 U.S.C. § 6332(d)(2).

WHEREFORE, the United States of America prays,

A.    That this Court order, adjudge and decree that the defendant, Kosmas Group, is indebted to the United States of America in the amount of $407,699.63 plus interest and statutory additions as provided by law for the defendant's failure and refusal to honor the levy served upon it on January 25, 2007;

B.    That this Court order, adjudge and decree that the defendant, Kosmas Group, is subject to a 50% penalty pursuant to 26 U.S.C. § 6332(d)(2);

C.    That this Court award the United States its costs in bringing and maintaining this action; and

D.    That the Court grant the United States such other and further relief as the Court deems just and proper.

Respectfully submitted,

A. LEE BENTLEY, III
First Assistant United States Attorney

By: _____
KIMBERLE E. DODD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8108
Facsimile: (202) 514-4963
Kimberle.E.Dodd@usdoj.gov

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
KIMBERLE E. DODD, Department of Justice, Tax Division, P.O. Box 14198, Washington, D.C. 20044, Telephone: (202) 616-8108

## DEFENDANTS
KOSMAS GROUP INTERNATIONAL, INC.

County of Residence of First Listed Defendant   VOLUSIA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☒ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. Sections 6332 and 7401.

Brief description of cause:
Failure and refusal to honor an IRS levy.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 971,008.06
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 2/13/09

SIGNATURE OF ATTORNEY OF RECORD  /s/ Kimberle Dodd

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____